IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

MAY 03 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ , DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR 23-192 G |
| -vs- | ) ) | |
| JUI BING LIN, a/k/a Jack Lin, | ) ) | Violation:  21 U.S.C. § 846 |
| Defendant. | ) ) | |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Drug Conspiracy)**

From in or about August 2020, the exact date being unknown to the Grand Jury, through on or about April 5, 2023, in the Western District of Oklahoma and elsewhere,

-------------------------------------------- **JUI BING LIN,**
**a/k/a Jack Lin,** ----------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute controlled substances, including 1,000 kilograms or more of a mixture or substance containing a detectable amount of marihuana and 1,000 or more marihuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature]*

NICK COFFEY
Assistant United States Attorney