# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| )| |
| **Plaintiff,**      ) | |
| ) | |
| v.      ) | Case No. CR-23-192-G |
| ) | |
| JIU BING LIN,      ) | |
|    a/k/a Jack Lin,      ) | |
| ) | |
| **Defendant.**      ) | |

## ORDER

Now before the Court is the Government's Unopposed Motion to Amend Indictment (Doc. No. 24). The Government represents that the Indictment returned by the Grand Jury on May 3, 2023 (Doc. No. 22) misspelled Defendant's name due to a scrivener's error, incorrectly spelling Defendant's name as "Jui Bing Lin" rather than "Jiu Bing Lin." The Government therefore requests that the Court amend the style and body of the Indictment to reflect the correct spelling of Defendant's name.

For good cause shown, and there being no objection by any party, and no dispute as to the identity and correct spelling of Defendant's name, the Unopposed Motion (Doc. No. 24) is GRANTED. *See, e.g., United States v. Calderon-Rodriguez*, 811 F. Supp. 2d 561, 562 (D.P.R. 2011) (granting government's motion to amend indictment where correcting the typographical error did not "affect[] the substance of the indictment or the crimes for which the defendant ha[d] been indicted"). The Court ORDERS that the Indictment shall

be and is amended in the manner described to reflect that "Jiu Bing Lin" is the identified Defendant. The case caption in this matter shall be updated accordingly.

    IT IS SO ORDERED this 30th day of June, 2023.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge